IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT BECKNELL and ANDREW LEGRAND, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. CIV-13-193-FHS ) |
| OK INDUSTRIES, INC. and J.B. HUNT TRANSPORT, INC., | ) ) ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Findings and Recommendation of the United States Magistrate Judge (Dkt. No. 35) in which the Magistrate Judge recommends that the Motion of O.K. Industries, Inc. for Fed. R. Civ. P. Rule 11 Sanctions (Docket Entry #15); the Supplement to Motion for Sanctions and Objections to "Notice of Voluntary Dismissal" (Docket Entry #23); and the Motion to Strike of O.K. Industries, Inc. (Docket Entry #30) be **DENIED** as filed. The United States Magistrate Judge also recommends that the action be **DISMISSED WITH PREJUDICE** to refiling. No objections were filed to said Report and Recommendation. Upon review, this Court hereby adopts the Findings and Recommendation as the ruling of this Court.

Ordered this 24th day of June, 2014.

Frank H. Seay
United States District Judge